```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16546
   ARAFAT Y ATIK
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2993


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was not confirmed.

     The case was dismissed without confirmation 11/14/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG          .00          .00           .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE     11501.00          .00           .00
LITTON LOAN SERVICING    CURRENT MORTG          .00          .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE      1366.00          .00           .00
WACHOVIA DEALER SERVICES SECURED VEHIC     18441.98          .00           .00
WACHOVIA DEALER SERV     UNSECURED         NOT FILED         .00           .00
ARNOLD SCOTT HARRIS      UNSECURED         NOT FILED         .00           .00
CHASE                    UNSECURED         NOT FILED         .00           .00
RMI/MCSI                 UNSECURED         NOT FILED         .00           .00
RMI/MCSI                 UNSECURED         NOT FILED         .00           .00
RMI/MCSI                 UNSECURED         NOT FILED         .00           .00
RMI/MCSI                 UNSECURED         NOT FILED         .00           .00
RMI/MCSI                 UNSECURED          1250.00          .00           .00
ANGELA ATIK              NOTICE ONLY       NOT FILED         .00           .00
ANGELA ATIK              NOTICE ONLY       NOT FILED         .00           .00
THOMAS W LYNCH           DEBTOR ATTY            .00                        .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------     ---------------
TOTALS                       .00                  .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16546 ARAFAT Y ATIK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16546 ARAFAT Y ATIK